AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MATTHEW G. SILVA,

                Plaintiff,

    v.                                    JUDGMENT IN A CIVIL CASE

CARLA SCHETTLER, et al.,

                Defendants.            CASE NUMBER: CV-08-5041-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Court's order dismissing Plaintiff's Complaint without prejudice filed on October 20, 2009, Ct Rec 37.

October 20, 2009                                         JAMES R. LARSEN
*Date*                                                       *Clerk*

                                                                  s/ Cora Vargas

                                                                   *(By) Deputy Clerk*

                                                                  Cora Vargas